1080

[No. 37905-4-I.    Division One.    September 29, 1997.]

CHARLES SMITH, ET AL., *Appellants*, v. PAUL ARTMAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-21074-4, Peter Jarvis, J., entered May 26, July 17, and December 18, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Ellington, J.

[No. 38652-2-I.    Division One.    September 29, 1997.]

HOWARD G. McKINNON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-05719-7, Paul D. Hansen, J., entered April 18, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Ellington, JJ.

[No. 38668-9-I.    Division One.    September 29, 1997.]

HIPOLITO CARTAGENA, *Appellant*, v. JOHN COLEMAN, SR., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-22822-8, Dale B. Ramerman, J., entered April 25, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Ellington, JJ.

[No. 38669-7-I.    Division One.    September 29, 1997.]

DONNIE SWAFFORD, *Appellant*, v. GARY HEDGER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-34618-4, Marsha J. Pechman, J., entered May 7, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Cox, JJ.